BOYD SAMUELS v. D. W. BOWERS, t/a D. W. BOWERS LUMBER COMPANY.

(Filed 18 October, 1950.)

**Appeal and Error § 43—**

A petition to rehear will be dismissed where the members of the Supreme Court are equally divided in opinion, one Justice having died since the petition was filed.

PETITION by defendant Bowers to rehear this case, reported *ante,* 149.

*Hubert E. Olive and W. H. Steed for respondent.*
*Don A. Walser for petitioner.*

PER CURIAM.  *Justice Seawell* having died since the petition to rehear was filed, and the remaining members of the Court being equally divided in opinion, the petition to rehear is dismissed.  The case as reported will remain the law of the case but does not constitute a precedent.

Petition dismissed.